IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TARACAS ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-598-C |
| | ) | |
| GARFIELD COUNTY JAIL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on July 29, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted. If the filing fee is not paid within twenty (20) days from the date of this Order, the action will be dismissed.

IT IS SO ORDERED this 21st day of August, 2014.

ROBIN J. CAUTHRON
United States District Judge